RECEIVED

FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tobias G Payton
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Michael Zolecki
Gabriel Alvarado
Jared Brooks
James Demasi
Paul J. Kaupas
Renee Parker

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv1021
JUDGE MANNING
MAGISTRATE JUDGE MASON

Case _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ ___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tobias G. Payton
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Michael F. O'leary
County of Will
_____

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al."

I. Plaintiff(s):

A. Name: Tobias G. Payton

B. List all aliases: None

C. Prisoner identification number: 2007-2477, SHF# 71135

D. Place of present confinement: Will County Jail

E. Address: 95 S. Chicago St Joliet, IL, 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sgt. Renee Parker

Title: Correctional officer

Place of Employment: Will County Jail

B. Defendant: Sgt. Jared Brooks

Title: Correctinal officer

Place of Employment: Will County Jail

C. Defendant: Micheal Zolecki

Title: Correctinal officer

Place of Employment: Will County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. ~~Plaintiffs(s)~~ Defendants:

    D.   Defendant: Gabriel Alvarado

         Title: Correctional officer

         Place of Employment: Will County Jail

    E.   Defendant: James Demasi

         Title: Correctional officer

         Place of Employment: Will County Jail

    F.   Defendant: Paul J. Kaupas

         Title: Sheriff

         Place of Employment: Will County Jail

    G.   Defendant: Michael F. O'Leary

         Title: Warden

         Place of Employment: _____

    H.   Defendant: _____

         Title: _____

         Place of Employment: _____

    I.   Defendant: _____

         Title: _____

         Place of Employment: _____

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    _____

    _____

    D. List all defendants: _____

    _____

    _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    _____

    G. Basic claim made: _____

    _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date and time 12-6-07 8pm. ERT Zolecki, ERT Alvarado, ERT Brooks, ERT Demasi, ERT Perillo, ERT Tomaliehy, and Sgt. Parker Responed to a fight in A-Pod between my Brother (Xavier Payton) and an Nother Inmate (Carl Bailey). I was on the ground with my hands on my head when the ERT's came into A-Pod at Will County Adult Detention facility, my Brother was on the ground on top of Mr. Bailey at this time he was shot twice with the ERT's teaser gun's and hand cuffed when Xavier payton asked why they shot so many times ERT Alvarado order someone to shoot him again at time he was teasered by three ERT's. I Ask why they put him in hand cuff's and treat him Like That, at that time ERT Alvarado steped on my face and said we'll see when who's tuff when we get to D-Pod. I was

4

Revised 9/2007

Then Taken to D-Pod cell 7, I was told to Kneel down and put my chest across the bunk at that time ERT Alvarado flushed the toilet and said what's up now then he kneed me in the side and punched me in my face, i was then stood up and hit again then I was tackled down on the Bunk face down. I started screaming That they were beating me, and then the four ERT's that were beating me started yelling for me to stop fighting and put my hand cuffs Back on but my hand cuffs were never taken off I was beating for 15 to 30 Mintue's, I was teased 14 times, one mace was sprayed in my eyes, mouth, and nose. Has a result of this beating I received the Left Side of my face swollen and Badly Bruised, one Knot Behind my left ear, three knots across my forehead, one Knot on my lower lip, one Knot on my upper Lip. I do Have Picture's and Doctor Reports of all my injurie's, I did not participate anyway in a fight with the ERT'S nor did any of my injuries come from any prior fight.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant defendant 7 Million dollars for pain and suffering, order Will County Jail cameras to Record 24 hours a day and each day's tape to be saved for one year, That all officer's involved in this accident Jobs are taken and their not allowed to work in that field of work ever again.

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __13__ day of __2__, 20_08_

_____
(Signature of plaintiff or plaintiffs)

__Tobias Payton__
(Print name)

__07-2477__
(I.D. Number)

__95. S. Chicago Street__
__Joliet IL, 60436__
(Address)

6

Revised 9/2007