**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED CH
FEB 19 2008 NH
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | TOBIAS G. PAYTON | **Defendant(s):** | MICHAEL ZOLECKI, et al. |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Tobias G. Payton
#2477
Will County - WCF
95 South Chicago Street
Joliet, IL  60436

08cv1021
JUDGE MANNING
MAGISTRATE JUDGE MASON

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke    **Date:** 2/19/08