ctt

F I L E D

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FEB 1 9 2008
Feb 19 2008 WB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Tobias G. Payton
  Plaintiff

v.

Michael Zolecki, Gabriel Alvarado,
Renee Parker, Jared Brooks,
James Demasi, County of Will,
Paul J. Kaupas, Michael F. O'leary
  Defendant(s)

CAS 08cv1021
JUDGE MANNING
JUD MAGISTRATE JUDGE MASON

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Tobias G. Payton, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. #07-2477   Name of prison or jail: Will County Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: 0

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: None
   Name and address of employer: None

   a. If the answer is "No":
      Date of last employment: 2-10-07
      Monthly salary or wages: 9Hr
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                      ☐Yes   ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
    Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
    Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                    ☐Yes    ☒No
    Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
    Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
    Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
    In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
    Property:_____ Current Value:_____
    In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:_____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                    ☐Yes    ☒No
    Property:_____
    Current value:_____
    In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 2-13-08

Signature of Applicant: *Tobias Payton*

(Print Name): Tobias Payton

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tobias Payton I.D.#2007-2477, has the sum of $ 0.00 on account to his/her credit at (name of institution) Will Co. Adult Detention Facility. I further certify that the applicant has the following securities to his/her credit: 0 . I further certify that during the past six months the applicant's average monthly deposit was $ $8.33.
(Add all deposits from all sources and then divide by number of months).

2-11-2008
DATE

SIGNATURE OF AUTHORIZED OFFICER

(Print name)

rev. 10/10/2007



| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|---|---|---|---|---|---|---|
| 39 | $0.03 | 34640 | COMM | 11/26/2007 | $0.00 | $0.00 |
| 38 | $19.97 | 34589 | COMM | 11/13/2007 | $0.03 | $0.00 |
| 37 | $20.00 | 107478 | CASH | 11/09/2007 | $20.00 | $0.00 |
| 36 | $0.24 | 34509 | COMM | 10/30/2007 | $0.00 | $0.00 |
| 35 | $9.76 | 34466 | COMM | 10/23/2007 | $0.24 | $0.00 |
| 34 | $10.00 | 118378 | CASH | 10/16/2007 | $10.00 | $0.00 |
| 33 | $0.02 | 34260 | COMM | 09/21/2007 | $0.00 | $0.00 |
| 32 | $14.98 | 34248 | COMM | 09/14/2007 | $0.02 | $0.00 |
| 31 | $5.00 | 34229 | MEDICAL | 09/12/2007 | $15.00 | $0.00 |
| 30 | $0.10 | 34208 | COMM | 09/12/2007 | $20.00 | $0.00 |
| 29 | $20.00 | 116322 | CASH | 09/12/2007 | $20.10 | $0.00 |
| 28 | $24.90 | 34177 | COMM | 08/31/2007 | $0.10 | $0.00 |

Find Another Inmate