Case 1:08-cv-01021   Document 4   Filed 02/19/2008   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
FILED
Feb 19 2008
FEB 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Tobias G. Payton )
                              )
v.                            )
                              )
Defendant(s) Renee Parker, Jared Brooks, )   08cv1021
Michael Zolecki, Gabriel Alvarado )         JUDGE MANNING
James Demasi, County of Will   )            MAGISTRATE JUDGE MASON
Paul J. Kaupas, Micheal F. O'leary )

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, Tobias Payton, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):

    ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

                                              _Tobias Payton_____
                                              Movant's Signature

                                              604 Woodruff Ave_____
                                              Street Address

                                              Joliet, IL, 60436_____
Date: 2-13-08                                 City/State/Zip

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |