MAN

08cv1021

Dear: Clerk of the U.S. District Court
219. S. Dearborn Street
Chicago Illinios, 60604

FILED
MAR 11 2008
3-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My name is Tobias Payton I have a pining complaint before Judge: Blanche Manning. Case No. (08 C 1021). On 2-25-8 I was sent a Magistrate consent form, and on 3-5-08 I Attempted to have defendant Parker sign the consent form and notify the remaiding defendants to report to D-Pod where I am being housed. Defendant Parker refused my request and Parker is the officer of Authority over the remaining defendants, is there anyway possible for the District Court to serve the defendants with this consent form. I will continue to Attempt getting this consent form sign but there's very little i can do I've filed a grievance which i can send you a copy of I don't know how much more i can do, but I'll do all that i can to comply with the wishes of this court.

Dear; clerk i have been trying to get a civil lawyer since 12-6-07, but my family has been unable to get a lawyer to take my civil Action Pro Bono. My family can not afford to get me a civil lawyer, I myself have asked people to speak with there lawyers for references but I've had no luck and theres no one here who will help me obtain lawyers information because they fear Job Lost. I would like to know what can I do for the court to reconsider my motion for counsel so maybe Appointed counsel, or can someone refer me some civil lawyers.

Thank You!
Sincerly,
Tobias Payton 07-2477

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Peyton Tobias  CIMIS: 2477  DATE: 3-6-08  POD: D  CELL: 30
(Last, First, M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE  ( ) WRITS  ( ) HOLDS  ( ) MAIL  ( ) TRUST ACCOUNT
        ( ) VISITING LIST CHANGE  ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

That on 3-5-08 I was given a consent form to serve Lt. Zolecki, Alverio, Brooks, Demos, Chief Kaupas, and Sgt Parker. Sgt Parker and two other Sgts came into D-Pod were I'm being housed + attempt to have Sgt Parker to sign the consent form and notify Zolecki, Alverio, Brooks, Demos, Kaupas, and Parker but my request was denied.

INMATES SIGNATURE: Scotts Payton  CIMIS NUMBER: 2477

***STAFF RESPONSE*** You tried to contact a Sgt w/thout permission. You were then advised to forward it to Administration. You refused to follow the proper chain of command.

POD OFFICER/ STAFF SIGNATURE: [signature]  #: 1977  DATE: 3/5/07
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____  #: ___  DATE: ___
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____  #: ___  DATE: ___
WARDEN/ DEPUTY CHIEF SIGNATURE: _____  #: ___  DATE: ___

WHITE—SEND TO CLASSIFICATION  YELLOW—RETURN TO INMATE  PINK—INMATE RETAINS AFTER FILLING OUT  REV 7/00