United States District Court
Northern District of Illinois
Eastern Division

Tobies G. Payton

vs.

Michael Zolecki, et al.

Judge: Blanche M. Manning
Case No: 08 C 1021

FILED
MAY 27 2008
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Appointment of Counsel

1.) That I and my family has been in contact with civil lawyers, but none are willing so far to take my civil action.

2.) That when I need to do motion's I can't afford to mail copie's to the defendents.

3.) That during trial I'll need the opinion testimony of someone trained in the field of teasers, to give testimony to its effect on the human nervous system.

4.) That I can't afford such testimony, I also can't contact an person qualified to give testimony on teasers.

5.) That I haven't received mail for payment in two month's, and I have no way of knowing if the jail is keeping my mail.

6.) I need an lawyer to keep in direct contact with the district court's so i can be more aware of what's happening with my civil Action, I can't afford to keep in contact with the court's and i am not aware of all my Pro-se privlege's.

7.) That this County Jail do not provide monthly money to poor inmates, this Jail only provide one envolope weekly, and this make's me unable to properly represent myself Pro-Se.

Sebs Pyo  5-7-08
Tobias C. Payton - Date

United States District Court for the Northern District of Illinois Eastern Division

Tobies G. Payton

VS.

Michael Zolecki, et al.

Judge: Blanche M. Manning
Case No: 08 C 1021

## Certificate of Service

I, Tobias G. Payton, swear under penalty of perjury that I sent to this court an copy of the attached document, by placing it in the mail Box at 95 S. Chicago street. Joliet IL, 60436 on 5-7-08.

_Seles Payt_ 5-7-08
Tobias G. Payton   Date