

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

_____(DISTRICT)

## Waiver of Service of Summons

TO: Tobias G. Payton _____
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)


I, James DeMasi _____ acknowledge receipt of your request that I waive
   (DEFENDANT NAME)

service of summons in the action of Tobias G. Payton vs. Michael Zolecki, et al. _____
                                     (CAPTION OF ACTION)

which is case number 08C1021 _____ in the United States District Court for the
                      (DOCKET NUMBER)

Northern District of Illinois _____ ,
(DISTRICT)

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I
can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not
requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by
Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the
summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or
motion under Rule 12 is not served upon you within 60 days after February 26, 2008 _____
                                                                    (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____              _____
        DATE                                  SIGNATURE


          Printed/Typed Name: _____


As _____ of _____
       TITLE                        CORPORATE DEFENDANT


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

```
CASE NUMBER.  016 2008-C-001021    003       WILL COUNTY SHERIFF'S OFFICE
------------------------------------------------=========== ATTORNEY ===============
                                             FRANK KRUCHTEN
TOBIAS G PAYTON                              US MARSHALL
     -VS-                                    CHICAGO, IL
PAUL J KAUPAS
                                             (312) 617-1855
========== DESCRIPTION ==============  ======== ATTEMPTED SERVICES =========
                                           DATE        TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED:  5/12/08   EXPIRES:  5/26/08    _____    _____    _____
FEES:    0.00      EVC/DEP:             _____    _____    _____

======== PERSON TO BE SERVED =========      _____    _____    _____

JAMES DEMASI, CORRECTIONAL OFFICER    NOTES:
WILL COUNTY ADULT DETENTION FA
JOLIET, IL 60432
```

FILED

May 27, 2008

MAY 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A)  ✓  PERSONAL SERVICE: BY LEAVING A COPY OF THE  ✓ SUMM/COMP   CITATION
         __RULE     __ORDER    __SUBPEONA    __NOTICE    __JUDGEMENT
         __SUMMONS/PETITION FOR ORDER OF PROTECTION   __ORDER OF PROTECTION.
         __CIVIL NO-CONTACT ORDER.

(B)  ___  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE  __SUMM/COMP  __CITATION
         __NOTICE  __JUDGEMENT  __ORDER OF POSSESSION AT THE USUAL PLACE OF
         ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
         SAID PERSON OF THE CONTENTS.  ALSO, A COPY OF THE WRIT WAS MAILED TO
         THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C)  ___  SERVICE ON:  __CORPORATION  __COMPANY  __BUSINESS  by leaving a
         COPY OF THE  __SUMM/COMP  __CITATION  __RULE  __ORDER  __NOTICE
         __JUDGEMENT  __SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
         OR PARTNER OF THE DEFENDANT.

(D)  ___  OTHER SERVICE:  __CERTIFIED MAIL  __POSTING

(E)  ___  THE NAMED DEFENDANT WAS NOT SERVED:
         __MOVED      __NOT LISTED      __RETURNED BY ATTY.  __EXPIRED
         __NO CONTACT  __NO SUCH ADDRESS  __DECEASED         __OTHER REASON

PERSON TO BE SERVED: _James Demasi_____

SERVING ADDRESS: _95 S. Chicago Joliet_____

WRIT SERVED ON: _James Demasi_____  RELATIONSHIP: _self_____
                SEX ___ (M/F)  RACE _W_  DOB _25_

THIS _14_ DAY OF _May_____  20_08_  TIME _1530_ HOURS

PAUL J. KAUPAS, SHERIFF, BY _Mosby_____  DEPUTY # _237_

REMARKS: _____

GMM81331006