IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>　　　　Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## DEFENDANT SHERIFF PAUL KAUPAS' MOTION TO DISMISS

Now comes Defendant Paul Kaupas, Sheriff of Will County, by his undersigned attorneys, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint against him and in support of his motion states as follows:

1)　On February 19, 2008, Plaintiff filed a Complaint claiming a violation of his constitutional rights under 42 U.S.C. § 1983.

2)　Plaintiff named a number of individuals as Defendants including Defendant Kaupas.

3)　Plaintiff has not alleged Defendant Kaupas had any direct or personal participation in the alleged constitutional violation.

4)　Because Plaintiff has not alleged, and cannot allege, Defendant Kaupas directed or personally participated in the alleged constitutional violation and because there is no *respondeat superior* liability under 42 U.S.C. § 1983, Plaintiff has failed to state a claim against Defendant Kaupas upon which relief can be granted. Therefore, Defendant Kaupas should be dismissed with prejudice from the complaint.

5) Defendant Kaupas has filed a Memorandum of law in Support of his motion.

WHEREFORE, Defendant Paul Kaupas, Sheriff of Will County, respectfully requests that the Court dismiss him with prejudice as a Defendant and grant him such further and additional relief as the Court deems just.

Respectfully submitted,
Sheriff Paul J. Kaupas, Sheriff of
Will County

By: /s/ Justin Doolittle
One of his Attorneys

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
Lowis & Gellen LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500
245657_1.DOC

## CERTIFICATE OF SERVICE

The undersigned, non-attorney, certifies under penalties as provided by law pursuant to 28 U.S.C. §1746 that Defendant Sheriff Paul Kaupas' Motion to Dismiss was served upon the below addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 2, 2008.

Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois 60436

*[signature]*