# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>      Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 08 cv 1021

Judge Blanche M. Manning

Magistrate Judge
Michael T. Mason

## NOTICE OF MOTION

TO:    Tobias G. Payton
        #2477
        Will County – WCF
        95 South Chicago Street
        Joliet, Illinois  60436

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant Sheriff Paul Kaupas' Motion to Dismiss Plaintiff's Complaint**.

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

s/ Justin C. Doolittle
One of the attorneys for Defendant Parker

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motions to be served upon the above listed addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 2, 2008.

s/ JoEllen Darfler