IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

### DEFENDANT RENEE PARKER'S MOTION TO DISMISS

Defendant Renee Parker, by her undersigned attorneys, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint against her and in support of her motion states as follows:

1) On February 19, 2008, Plaintiff filed a Complaint claiming a violation of his constitutional rights under 42 U.S.C. § 1983.

2) Plaintiff named a number of individuals as Defendants including Defendant Parker.

3) Plaintiff has not alleged Defendant Parker had any direct or personal participation in the alleged constitutional violation.

4) Because Plaintiff has not alleged, and cannot allege, Defendant Parker directed or personally participated in the alleged constitutional violation, Plaintiff has failed to state a claim against Defendant Parker upon which relief can be granted. Therefore, Defendant Parker should be dismissed with prejudice from the complaint.

5) Defendant Parker has filed a Memorandum of Law in Support of her motion.

1

WHEREFORE, Defendant Renee Parker respectfully requests that the Court dismiss her with prejudice as a Defendant and grant her such further and additional relief as the Court deems just.

Respectfully submitted,

RENEE PARKER

By: _____
One of her Attorneys

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
Lowis & Gellen LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500
254793_1.DOC

## CERTIFICATE OF SERVICE

The undersigned, non-attorney, certifies under penalties as provided by law pursuant to 28 U.S.C. §1746 that Defendant Renee Parker's Motion to Dismiss was served upon the below addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 2, 2008.

Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois 60436

/s/ JoEllen M. Daufler