IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOBIAS G. PAYTON,<br>　　　Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## NOTICE OF MOTION

TO:　Tobias G. Payton
　　　#2477
　　　Will County – WCF
　　　95 South Chicago Street
　　　Joliet, Illinois  60436

　　　PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendant Renee Parker's Motion to Dismiss Plaintiff's Complaint.**

Martin W. McManaman　　　　　　　　　　　　s/ Justin C. Doolittle
Joan M. Kubalanza　　　　　　　　　　　　　　One of the attorneys for Defendant Parker
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## CERTIFICATE OF SERVICE

　　　The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motions to be served upon the above listed addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 2, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　s/ JoEllen Darfler