UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 1021 ) |
| MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, and RENEE PARKER, | ) Judge Manning ) Magistrate Judge Mason ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, and JAMES DEMASI by and through their undersigned attorneys, and for their Answer and Affirmative Defenses to Plaintiff's Complaint, state as follows:

1. On the above date and time 12-6-07 8 p.m. ERT Zolecki, ERT Alvarado, ERT Brooks, ERT Demasi, ERT Perillo, ERT Tomaliehy and Sgt. Parker responded to a fight in A-Pod between my brother (Xavier Payton) and another inmate (Carl Bailey).

**ANSWER:** Defendants admit they responded to a physical altercation between inmate Carl Bailey and inmate Xavier Payton on December 6, 2007 at approximately 8:00 p.m. Defendants deny all other allegations in paragraph 1.

2. I was on the ground with my hands on my head when the ERT's came into A-Pod at Will County Adult Detention Facility.

**ANSWER:** Defendants admit Plaintiff was on the ground when they entered A-Pod. Defendants deny all other allegations in paragraph 2.

3. My brother was on the ground on top of Mr. Bailey at this time he was shot twice with the ERTs' teaser guns and handcuffed when Xavier Payton asked why they shot so many times. ERT Alvarado order someone to shoot him again at time he was teasered by three ERT's.

**ANSWER:** Defendants admit Xavier Payton failed to comply with orders and continued to engage in physical violence with inmate Bailey. Defendants deny all other allegations in paragraph 3.

4. I ask why they put him in handcuffs and treat him like that, at that time ERT Alvarado stepped on my face and said we'll see when who's tuff when we get to D-Pod.

**ANSWER:** Defendants deny the allegations in paragraph 4.

5. I was then taken to D-Pod cell 7. I was told to kneel down and put my chest across the bunk at that time ERT Alvarado flushed the toilet and said what's up now then he kneed me in the side and punched me in the my face, I was then stood up and hit again then I was tackled down on the bunk face down.

**ANSWER:** Defendants admit that on December 6, 2007, Plaintiff was taken to D-Pod cell 7. Defendants also admit Plaintiff was told to kneel down and put his chest across the bunk. Defendants deny the remaining allegations in paragraph 5.

6. I started screaming that they were beating me, and then the four ERT's that were beating me started yelling for me to stop fighting and put my handcuffs back on but my handcuffs were never taken off.

**ANSWER:** Defendants admit they informed Plaintiff to stop resisting and comply with orders. Defendants deny the remaining allegations in paragraph 6.

7. I was beat for 15 to 30 minutes, I was teased 14 times, and mace was sprayed in my eyes, mouth, and nose.

**ANSWER:** Defendants admit a taser was used on Plaintiff's person one time and that Plaintiff was sprayed with mace. Defendants deny the remaining allegations in paragraph 7.

8. As a result of this beating I received the left side of my face swollen and badly bruised, one knot behind my left ear, three knots across my forehead, one knot on my lower lip, one knot on my upper lip.

**ANSWER:**   Defendants deny any beating and lack information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 and therefore deny the same.

9. I do have pictures and doctor reports of all my injuries, I did not participate anyway in a fight with the ERT's nor did any of my injuries come from any prior fight.

**ANSWER:**   Defendants lack information sufficient to form a belief as to Plaintiff's possession of pictures and doctor reports and therefore deny the same. Defendants deny the remaining allegations in paragraph 9.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE
Qualified Immunity

In further response to the Complaint, and without waiving any of the responses set forth in the foregoing Answer, Zolecki, Alvarado, Brooks and Demasi are immune from Plaintiff's claims because none of them engaged in conduct that violated Plaintiff's clearly established rights.

### SECOND AFFIRMATIVE DEFENSE
Exercise of Authority

In further response to the Complaint, and without waiving any of the responses set forth in the foregoing Answer, neither Zolecki, Alvarado, Brooks, nor Demasi are liable for any touching of Plaintiff done in the exercise of their lawful authority or in response to any provocative conduct by Plaintiff.

### THIRD AFFIRMATIVE DEFENSE
Failure to Mitigate

In further response to the Complaint, and without waiving any of the responses set forth in the foregoing Answer, Plaintiff failed to mitigate damages and therefore Defendants are

entitled to a reduction in any damages awarded in proportion to the percentage of Plaintiff's failure to mitigate.

WHEREFORE, Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, and JAMES DEMASI deny that Plaintiff is entitled to any relief whatsoever and respectfully request that this Court enter judgment in their favor and against Plaintiff, and for such further and additional relief as this Court deems just.

Respectfully submitted,<br>
MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, and JAMES DEMASI<br><br>
By: /s/ Justin Doolittle<br>
One of the attorneys for the Defendants

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500
247804_1.DOC

## CERTIFICATE OF SERVICE

The undersigned, non-attorney, certifies under penalties as provided by law pursuant to 28 U.S.C. §1746 that Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint was served upon the below addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 2, 2008.

Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois  60436

/s/ JoEllen M. Daufler