IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## AMENDED NOTICE OF MOTION

TO:   Tobias G. Payton
       #2477
       Will County – WCF
       95 South Chicago Street
       Joliet, Illinois 60436

     PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and present the previously served **Defendants Sheriff Paul Kaupas' and Renee Parker's Motion to Dismiss Plaintiff's Complaint and Memorandums of Law in Support of their Motions to Dismiss.**

| | |
|---|---|
| Martin W. McManaman<br>Joan M. Kubalanza<br>Justin C. Doolittle<br>LOWIS & GELLEN LLP<br>200 West Adams St.<br>Suite 1900<br>Chicago, Illinois 60606<br>(312) 364-2500 | s/ Justin C. Doolittle<br>One of the attorneys for Defendant Parker |

## CERTIFICATE OF SERVICE

     The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused a copy of this notice to be served upon the above listed addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 3, 2008.

                                                                             s/ JoEllen Darfler