UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Tobias G. Payton
                Plaintiff,

v.                                        Case No.: 1:08−cv−01021
                                                   Honorable Blanche M. Manning

Michael Zolecki, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: On defendants' motions to dismiss [26][29], consolidated response shall be filed no later than 7/8/2008. Replies shall be filed no later than 7/22/2008. The defendants should file a consolidated reply to the extent possible and must ensure that any separate replies are not duplicative. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.