UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 12 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tobias G. Payton

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Zolecki, et al.
Renee Parker
Micheal O'Leary
Paul Kaupas
Jerome Nubera
John Mcdowell

(Enter above the full name of ALL defendants in this action.) Do not use "et al."

Case No: Judge: Manning 08CV1021
(To be suplied by the Clerk of this Court)

CHECK ONE ONLY:        AMENDED

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S Code state, count, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVEN" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite, statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILLING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiffs(s):**

   A. Name: Tobias Payton

   B. List all aliases: None

   C. Prisoner identification number: 2007-2472, SHF # 71135

   D. Place of present confinement: Will County Jail

   E. Address: 95 S. Chicago St. Joliet IL 60436

   (If there is more than one plaintiff, the each plaintiff must list his or her name, aliases, I.D. number, place of comfinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Renee Parker

   Title: Correctional officer

   Place of Employment: Will County Jail

   B. Defendant: Micheal O'Leary

   Title: Warden

   Place of Employment: Will County Jail

   C. Defendant: Paul Kaupus

   Title: Sheriff

   Place of Employment: Will County Jail

   (If you have more than three defendant, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided is in B and C.)

D.  Defendant: Jerome Nudera
    Title: Deputy cheif
    Place of Employment: Will County Jail

E.  Defendant: John Mcdowell
    Title: Deputy cheif
    Place of Employment: Will County Jail

F.  Defendant: _____
    Title: _____
    Place of Employment: _____

G.  Defendant: _____
    Title: _____
    Place of Employment: _____

H.  Defendant: _____
    Title: _____
    Place of Employment: _____

I.  Defendant: _____
    Title: _____
    Place of Employment: _____

III. List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal courts in the United States:

    A. Name of case and docket number _____

    _____

    B. Approximate date of filing lawsuit : _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases _____

    _____

    _____

    D. List al defendants: _____

    _____

    _____

    E. Court in which the lawsuit was filed ( if federal court, name the district; if state court, name the county) _____

    F. Name of judge to whom case was assigned: _____

    _____

    G. Basic claim made: _____

    _____

    H. Disposition of this case (for example: was the case dismissed? was it appealed? is it still pending?): _____

    _____

    I. Approximate date of disposition: _____

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statute.** If you intend to allege a number of related claims, number and set forth each claim in separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That Warden Micheal O'Leary, sheirff Paul Kaupas, Cheif Jerome Nudera, Cheif John McDowell, Sgt Renee Parker, and the administration of Will County has an whole should be held accountable for Will County Correctional officers beating of plaintiff because the physical abuse of these same officers responsible for beating plaintiff has been an on going thing which inmates families have complained or attempted to complain ~~to administration~~ has well as inmate grievances being filed, but no one of authority has suspended or disaplined any officers being complained against. In my case I filed an inmate grievance which has never been responed to, and my family called daily for two weeks asking to speak to the warden and every time they were refused ~~to speak with the~~ warden or anyone of authority.

4

My family was also notified that they have video surveilence and they have never lost a case like this. No action has been taken against these officer's that into this very day are still physically abusing inmate's, and i believe unless this honorable court take action against those in Authority at Will County Jail, inmate's will continue to suffer beating's and false cherge's at the hands of Will County officer's because administration, and those in Authority will continue to ignore this physical abuse their correctional officer's are subjecting inmate's to. Those of Authority and Administration of Will County Jail are well aware of this abuse, and refuse to take action against their fellow Peer's and officer's. Sgt. Renee Parker was directly involed with the vicious beating of Plaintiff not only did she watch but she did not prevent the beating of Plaintiff by officer's she had direct Authority over. Sgt Parker order D-Pod officer Ruuba to get D-Pod portable Camera once medical attention was called at which time this vicious attack was over. I was asked for a brief description of what happened so not all detail's were desribed in my first complaint.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

grant 7 Million doller's for pain and sufferen, order will county Jail comere's to record 24 hour's a day and each day's tape to be saved for one year, that all officer's involved in this inncendent Job's are taken and their not allowed to work in that field of work ever again.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __6__, 20__08__

_____
(Signature of plaintiff or plaintiffs)

Tobias Peyton
(Print name)

07-2477
(I.D. Number)

95 S. Chicago St. Jolret IL 60436
(Address)

6

Revised 9/2007