In The United States District Court
Northern DIS + Filed 06/12/2008
Eastern DIVISION

AC

Tobias G. Payton

Michael Zaleeki et al.

Judge: Blanche M. Manning
Case No. 08 cv 1021

Counsel

**FILED**
JUN 12 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.) Plaintiff does not have the money or material necessary to file his Amended Motion.

2.) That this county Jail give's poor inmates one envolope weekly so it will take defendant six weeks to send the required amounts of his Amend complaint.

3.) That Plaintiff need's the court order Judge: Bertani in his criminal matter to release to Plaintiff copie's of all Records that can be used in this civil Action.

4.) Plaintiff request additional time to mail remaining Amended complaint's for each defendant, and picture's of Plaintiff's injuries.

_Tobias Payton_  6-10-08
Tobias Payton   Date