# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1021 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Tobias G. Payton (#2007-2477) vs. Michael Zolecki, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for appointment counsel [#17] is stricken. The plaintiff continues to ignore the court's repeated admonitions about basic filing requirements. The court will not consider any document filed unless the plaintiff: (1) provides the court with the original plus a judge's copy; and (2) includes a certificate of service showing that a copy was mailed to opposing counsel. In any event, the court denied an earlier motion for appointment of counsel for the reasons stated in the court's Minute Order of March 20, 2008. The instant motion provides no information sufficient for the court to reconsider that ruling.

Docketing to mail notices.

mjm