IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | ) No. 08 cv 1021<br>)<br>) Judge Blanche M. Manning<br>)<br>) Magistrate Judge<br>) Michael T. Mason<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
AMENDED COMPLAINT**

Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS and JAMES DEMASI, by their undersigned attorneys, move pursuant to Rule 12(f) of the Federal Rules of Civil Procedure to Strike Plaintiff's Amended Complaint, and in support of their motion state as follows:

1. On February 19, 2008, Plaintiff filed his Complaint.

2. On June 2, 2008, Defendants Zolecki, Alvarado, Brooks and Demasi timely filed, and served upon Plaintiff, their Answer and Affirmative Defenses to Plaintiff's Complaint.

3. On June 12, 2008, without leave of the Court, Plaintiff filed an Amended Complaint.

4. After a responsive pleading has been served upon the plaintiff, the plaintiff must seek leave from the court or written consent from the defendant to amend a pleading. Fed.R.Civ.P. 15(a)(1) & (2); *Perrian v. O'Grady*, 958 F.2d 192, 193 (7th Cir. 1992).

5. A responsive pleading includes a defendant's answer to a complaint. Fed.R.Civ.P. 7(a)(2).

6. A *pro se* litigant is bound by procedural rules and court orders. *Downs v. Westphal*, 78 F.3d 1252, 1257 (7th Cir. 1996).

7. Plaintiff failed to either ask this Court for leave to amend his Complaint or to obtain written consent from the Defendants to amend his Complaint.

8. Therefore, the Court should strike Plaintiff's Amended Complaint.

WHEREFORE, Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS and JAMES DEMASI, respectfully request this Court to strike Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 12(f), and for such further and additional relief as this Court deems just.

Respectfully submitted,
MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, and JAMES DEMASI

By: /s/ Justin Doolittle

One of the attorneys for the Defendants

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500
257604.doc

## CERTIFICATE OF SERVICE

The undersigned, non-attorney, certifies under penalties as provided by law pursuant to 28 U.S.C. §1746 that Defendants' Motion to Strike Plaintiff's Amended Complaint was served upon the below addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 23, 2008.

Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois  60436

/s/ Ellen M. Saufer