IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## NOTICE OF MOTION

TO:   Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois 60436

    PLEASE TAKE NOTICE that on Tuesday, July 1, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendants' Motion to Strike Plaintiff's Amended Complaint**.

| | |
|---|---|
| Martin W. McManaman<br>Joan M. Kubalanza<br>Justin C. Doolittle<br>LOWIS & GELLEN LLP<br>200 West Adams St.<br>Suite 1900<br>Chicago, Illinois 60606<br>(312) 364-2500 | s/ Justin C. Doolittle<br>One of the attorneys for the Defendants |

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motions to be served upon the above listed addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on June 23, 2008.

                                                                                                                            s/ JoEllen Darfler