UNITED STATES DISTRICT COURT
NORTHERN DISRICT

TOBIAS G. PAYTON
    PLAINTIFF,
    VS.
MICHEAL ZOLECKI, ET AL.
    DEFENDANTS

CASE NO. 1: 08 CV 01021
HONORABLE. BLANCHE M. MANNING

FILED
JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### RESPONCE TO DEFENDANTS MOTION TO DISMISS

1). That this honorable court accepts plaintiff's amended complaint.

2). That plaintiff filed one copy of amended complaint two week's ago.

3). That at the time plaintiff filed his amended complaint he only had the fund's to mail one copy.

4). That plaintiff has filed with this motion six additional copies of his amended complaint.

5). That plaintiff can produce copies of grievances that were never responded to.

6). That plaintiff can produce evidence that his family members call to speak with the warden of Will County Jail.

7). That plaintiff can produce testimony of abuse of other inmates by Will County ERT'S.

8). That Renee Parker was in dayroom 1 D - Pod when i was beat and she could have ordered ERT officer's by direct oder to stop hitting plaintiff.

9). That plaintiff can prove administration has knowledge of inmates beating's, that administration ignore's the beating's instead of investigation, and administration has yet to suspend od discipline any ERT officers involved in inmate abuse.

10). That plaintiff is sending additional information for the court's record.

    Wherefor the plaintiff pray's this honorable courts grant this motion.

    Tobias Payton  Date

CERTIFICATION OF SERVICE

The undersigned, plaintiff, certifies under penalties as provided by law pursuant to 28 U.S.C. 1746 that plaintiff's motion in responce to defendant's motion to dismiss was served upon the below addresee by placing same in the U.S. mail postage prepaid, at 95 S. Chicago St. Joliet Il, 60436 on or about 10am on the day of ___24___ mouth of ___6___ 2008.

Justin C. Doolittle
suite 1900
200 W. Adams St.
Chicago Il, 60606

*Tobs Pyt 6-24-08*
Tobias Payton   Date