*MHK*

**RECEIVED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUN 3 0 2008
6-30-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Tobias G. Payton

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Zolecki, et al.
Renee Parker
Micheal O'Leary
Paul Kaupas
Jerome Nudera
John McDowell

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: Judge: Manning 08cv 1021
(To be supplied by the <u>Clerk of this Court</u>)

08cv 1021

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

____✓____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR***
***FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.    Plaintiff(s):**

A.    Name: Tobias Payton

B.    List all aliases: None

C.    Prisoner identification number: 2007-2477, SHF # 71135

D.    Place of present confinement: Will County Jail

E.    Address: 95 S, Chicago st. Joliet IL 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Renee Parker

Title: Correctional officer

Place of Employment: Will County Jail

B.    Defendant: Micheal O'Leary

Title: Warden

Place of Employment: Will County Jail

C.    Defendant: Paul Kaupas

Title: Sheiff

Place of Employment: Will County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided is in **B** and **C**.)

D.    Defendant: Jerome Nudera

Title: Deputy Cheif

Place of Employment: Will County Jail

E.    Defendant: John Mcdowell

Title: Deputy Cheif

Place of Employment: Will County Jail

F.    Defendant: _____

Title: _____

Place of Employment: _____

G.    Defendant: _____

Title: _____

Place of Employment: _____

H.    Defendant: _____

Title: _____

Place of Employment: _____

I.    Defendant: _____

Title: _____

Place of Employment: _____

2

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.    List all defendants: _____

_____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made:_____

_____

_____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That Warden Micheal O'Leary, Sheriff Paul Kaupas, cheif Jerome Nudera, cheif John Mcdowell, Sgt. Renee Parker, and the Administration of Will County Jail has an Whole should be held accountable For Will county officer's beatings of Plaintiff because the physical abuse of these same officers responsible beating plaintiff has been an on going thing which inmate's families have complained or Attempted to complain to administration as well as inmate grievance's being filed, but no one of Authority has suspended or disciplined any officer's being complained against. In My case I filed two grievance's which has never been responded to, and My family called daily for two week's asking to speak to the Warden and everytime they were refused to speak with the Warden or anyone of Authority. My family was also notified that they have video survellence and they have never lost an case like This. No action has been taken against these officer's.

4

Into this very day are still physically abusing inmate's and i believe unless this honorable court take Action against those in Authority at Will County Jail, Inmates Will continue to suffer beatings and false charges at the hands of Will County correctional officer's because Administration, and Those in Authority will continue to ignore This physical abuse. these correctional officer's are subjecting inmates to. Those of Authority and Administration of Will County Jail are well aware of this abuse, and Refuse to take Action against their fellow Peer's and officer's. Sgt. Renee Parker was directly involved with the vicious beating of plaintiff not only did she watch but she did not prevent the beating of plaintiff by officer's she had direct Authority over. Sgt Parker order D-Pod officer Rouba to get D-pod portable camera once medical attention was called at which time this vicious Attack was over. I was Asked for a brief description of what happened so not all details where described in my first complaint.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

grant 7 million dollar's for pain and suffering, order will county Jail camera's to record 24 hours a day and each day's tape to be saved for one year, that all officers involved in this incident Job's are taken and their not allowed to work in that field of work ever again,

**VI.    The plaintiff demands that the case be tried by a jury.**   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___24___ day of ___6___, 20_08_

_Tobias Payton_
(Signature of plaintiff or plaintiffs)

_Tobias Payton_
(Print name)

_2477_
(I.D. Number)

_95. S. Chicago St._
_Joliet Il, 60436_
(Address)

6

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _____ CIMIS: _____ DATE: _____ POD: _____ CELL: _____
       (Last,      First,      M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
       ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
       ( ) COURT DATE    ( ) WRITS    ( ) HOLDS    ( ) MAIL    ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( x ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
_____
_____
_____
_____
_____
_____
_____
_____
INMATES SIGNATURE: _____ CIMIS NUMBER: _____

***STAFF RESPONSE*** _____
_____
_____
_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE: _____ #: _____ DATE: _____
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
    WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _____  CIMIS: _____ DATE: _____ POD: _____ CELL: Z 3
      (Last,      First,      M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE (  ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

(  ) CLASSIFICATION SECTION
    (  ) REQUEST FOR TENDER STATUS
    (  ) REQUEST FOR RECLASSIFICATION
    (  ) REQUEST TO SEE CLASSIFICATION OFFICER
        (  ) PROBLEMS WITH OTHER INMATES
    (  ) APPEAL OF DISCIPLINARY BOARD HEARING
(  ) ADMINISTRATIVE SECTION
    (  ) REQUEST FOR INFORMATION
        (  ) COURT DATE   (  ) WRITS   (  ) HOLDS   (  ) MAIL   (  ) TRUST ACCOUNT
    (  ) VISITING LIST CHANGE   (  ) REQUEST SPECIAL VISIT
(  ) LAUNDRY
(  ) PROPERTY
(  ) FOOD SERVICE SECTION
(  ) COMMISSARY SECTION
(  ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    (x) APPEAL OF GRIEVANCE
(  ) REQUEST TO GO TO LAW LIBRARY
(  ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
_Leaving A-Pod ERT Alvardo Commented Well See whats_
_up next in seg on our way to seg Alvardo kept hitting and_
_harrising Xavier Peyton. I was taken into cell 7 in seg by once_
_held by Ert then Alvardo became Assistered by Alvardo I was told_
_to knee next to the bunk with my chest flat against the bunk_
_at which time Ert Alvardo kneed me in the side Alvardo me_
_in the leg one punched me in my _____ twice ERT Alvardo_
_flushed the toilet so other _____ couldn't hear not to _____
_they well _____ me           Page 2,3 & 4_
INMATES SIGNATURE: _____ CIMIS NUMBER: _____

***STAFF RESPONSE*** _____

_____

_____

_____

_____

_____

_____

POD OFFICER/ STAFF SIGNATURE: _____ #: _____ DATE: _____
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: Payton   Tobies   CIMIS: 2917   DATE: 12-5-07  POD: D  CELL: 23
    (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

When Ert Alvords tole Ert something to shut me up tobies
and ask Ert Alvords what me up and continue to beat me I beleive
at that time Ert booked ro walked out the cell and I was push
and beat for 20 to 45 minutes by Ert Alvords Ert Vallette
and Ert Urmise, I was punched upon the face and head and
knee about the body I was also tease during these hole
beating and mace was sprayed in my nose mouth and eyes.

Page 3. OF 4.

INMATES SIGNATURE: _____   CIMIS NUMBER: 2917

***STAFF RESPONSE***_____
_____
_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE:_____   #:_____   DATE:_____
SERGEANT/ AREA SUPERVISOR SIGNATURE:_____   #:_____   DATE:_____
LIEUTENANT/ WATCH COMMANDER SIGNATURE:_____   #:_____   DATE:_____
WARDEN/ DEPUTY CHIEF SIGNATURE:_____   #:_____   DATE:_____
  WHITE—SEND TO CLASSIFICATION   YELLOW--RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _Bradian   Fabian_   CIMIS: _2071_   DATE: _12-8-07_ POD: _D_  CELL: _23_
     (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE (  ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
       ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
       ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(x) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

_as a result of this Beating I received the left side of my face_
_was swollen and bruise, knot behind my ear. Three knots across_
_my forehead, one knot on my upper lip, one knot in my lower lip,_
_cut in mouth. Burn s.m. Pictures wounds from twen taced_
_in ... Off  tandino )) I was here beat ... he only_
_assisted this  his duty as an Off Requires. Sea Park_
_however allowed this beating while I was in hand Cuff._

Page 4, of 4

INMATES SIGNATURE: _____   CIMIS NUMBER: _2071_

***STAFF RESPONSE*** _____

_____
_____
_____
_____
_____
_____

| | | |
|---|---|---|
| POD OFFICER/ STAFF SIGNATURE: | #: | DATE: |
| SERGEANT/ AREA SUPERVISOR SIGNATURE: | #: | DATE: |
| LIEUTENANT/ WATCH COMMANDER SIGNATURE: | #: | DATE: |
| WARDEN/ DEPUTY CHIEF SIGNATURE: | #: | DATE: |

FORM 23

## WILL COUNTY ADULT DETENTION FACILITY
## NOTIFICATION OF RULE VIOLATION AND/OR REPORT

REPORT # DF-07-340-005                                      DATE: 12/6/07

INMATES NAME: Payton,Tobias G                        CIMIS # 07-2477

DATE & TIME OF INCIDENT: 12 - 6 - 07 / 1810 (am) (pm)        ( ) REPORT ONLY

LOCATION OF INCIDENT: Pod D   D R _____ Cell 7 _____ Other_____

VIOLATIONS ISSUED:

(1)  CRIM 4 _____ Aggravated Assault

(2)  CRIM 6 _____ Aggravated Battery x 3

(3)  CRIM 22 _____ Resisting x 3

(4)  _____ - _____

(5)  _____ - _____

(6)  _____ - _____

(7)  _____ - _____

(8)  _____ - _____

**RECEIVED**

**DEC 10 2007**

**W.C.A.D.F.**
**Classification Unit**

REPORT OF INCIDENT:

On Thursday December 6, 2007, I (ERT V. Perillo 1756) was assigned at Reception on the 1500-2300 shift. At 1805 hours ERT's were dispatched to A-Pod for a fight in the dayroom. ERT's Tomalieh, Brooks, Alvarado, Zolecki, Demasi and I responded to A-Pod where we found 3 inmates standing in the dayroom. Upon entering the pod, I noticed Deputy Valdez standing in the dayroom, yelling the order to all 3 inmates to lockdown. All ERT's ordered the inmates to get on the ground, which two inmates (Bailey,Carl R 07-5801 and Payton,Tobias G 07-2477 complied to). Inmate Payton,Xavier C 07-4489, did not comply with the order and continued to attempt to fight with Inmate Bailey. ERT Zolecki deployed his X-26 Tazer (X00-298934) hitting Inmate Payton,X with one prong in the back. Inmate Payton,X went to the ground but refused ERT Zolecki's order to put his hands behind his back. ERT Zolecki used his X-26 Tazer in the drive stun mode to Inmate Payton,X's back. ERT's Zolecki and Alvarado continued to order Inmate Payton,X to put his hands behind his back which he again refused to do. ERT Zolecki used his X-26 Tazer a second time in the drive stun mode to Inmate Payton,X's back finally gaining Payton,X's compliance. ERT's Zolecki and Alvarado were able to handcuff Inmate Payton,X.
ERT Brooks handcuffed Inmate Bailey in the dayroom with no incident. I handcuffed Inmate Payton,T with no incident. Deputy Valdez informed ERT Tomalieh that there was another subject involved in the fight. This fourth party turned out to be Inmate Doss,Kerwin D 06-3125 who locked himself down in Cell A-3. ERT Tomalieh handcuffed Inmate Doss with no incident. ERT's Tomalieh, Brooks and Demasi started escorting Inmates Doss and Bailey towards the South Doors in (Cont)

ACTION TAKEN:
( ) LOCKDOWN  - NUMBER OF HOURS_____    ( ) NOT ENTITLED TO A HEARING
( ) LOSS OF PRIVILEGE(S) _____
( ) TRANSFER TO ADMIN. SEG. STATUS PENDING DISCIPLINARY HEARING
        HEARING SCHEDULED FOR: DATE _____ TIME _____ LOCATION_____
( ) REQUEST FOR LOSS OF GOOD TIME CREDIT WHILE ON DISCIPLINE STATUS.

INMATE SIGNATURE_____                              ( ) INMATE REFUSED TO SIGN

OFFICERS SIGNATURE_____                I.D.# 1756 DATE 12-6-07

APPROVED BY_____                       I.D.# 1391 DATE 12-7-07

WHITE-CLASSIFICATION:    YELLOW-ADMINISTRATION    PINK-INMATE;    REV 4/98



## WILL COUNTY ADULT DETENTION FACILITY
### NOTIFICATION OF RULE VIOLATION CONTINUATION
### AND/OR FOLLOW UP REPORT

| DF-07-340-005 | Felony | 2 of 2 | Payton,Tobias | 12-6-07 |
|---|---|---|---|---|
| REPORT # | TYPE OF REPORT | PAGE # | NAME: | DATE: |

route to D-Pod, when Inmate Payton,T yelled in ERT Alvarado's direction,"Fuck you bitch ass. I'll see you in the world and see who gets shot." ERT Alvarado asked Inmate Payton,T what he said and he replied,"You heard me bitch, I'll cap your ass." I then escorted Inmate Payton,T towards the officer's desk to keep him separated from the 3 other combatants.

ERT's Tomalieh, Brooks and Demasi then escorted Inmates Doss and Bailey to D-Pod while Nurse Kristine Dyrcz arrived and removed the Tazer prong from Inmate Payton,X's back. I kept Inmate Payton,T in A-Pod while Doss and Bailey were removed and strip searched. Once Nurse Dyrcz was finished, ERT's Alvarado, Zolecki and I escorted Inmates Payton,T and Payton,X to D-Pod.

When we arrived in D-Pod, I secured the inmate in Cell D-3 (Martinez,Michael 07-10591) so that we could perform Inmate Payton,X's strip search. Inmate Payton,X was escorted into thecell and strip searched by me with no incident. The cellmate was then returned to the cell.

ERT Alvarado secured the inmate in Cell D-7 (McCoy,Quincy 07-7831) so that we could perform Inmate Payton,T's strip search. ERT Zolecki escorted Inmate Payton,T into the cell and ordered him to kneel in front of the bunk, which he complied to. ERT Zolecki was able to remove the handcuffs and stepped away to secure the handcuffs. Inmate Payton,T was ordered by ERT Zolecki to stand and lean against the desk. Inmate Payton,T got to his feet in a quick manner and swung his right fist, hitting ERT Alvarado in the left eye. Inmate Payton,T then threw his left elbow at ERT Zolecki, striking him in the forehead. ERT Alvarado then threw his right fist hitting Inmate Payton,T in the left side of his face. ERT Zolecki tackled Inmate Payton,T forcing him back onto the bunk. Inmate Payton,T continued to throw closed fist strikes at both ERT's knocking both ERT's radio microphones loose. ERT Alvarado was able to strike Inmate Payton,T again with his right fist in the left side of Inmate Payton,T's face in an attempt to stop his attack. ERT Tomalieh attempted to secure Inmate Payton,T's legs and I attempted to secure his right arm while ordering him to stop resisting. ERT Alvarado was then able to utilize his X-26 Tazer (X00-194732) in the drive stun position into Inmate Payton,T's left side. Inmate Payton,T still would not cease his attack. ERT Demasi then sprayed a two second burst of O.C. in Inmate Payton,T's face causing him to fold his arms around his head. He continued to thrash his legs kicking ERT Demasi in the right leg with his left foot. I ordered Inmate Payton,T to give up his arms as he had trapped both ERT's Alvarado and Zolecki's radio microphones under his arms. Inmate Payton,T would not comply with my orders and ERT's Brooks and Zolecki delivered knee strikes to Inmate Payton,T's common peroneal nerves of his left and right thighs respectively. Inmate Payton,T loosened his arms up just enough so that we were able to secure his hands behind his back and apply handcuffs.

I was then able to hear Inmate Payton,X begin yelling from Cell D-3,"I'll kill all you punk ass mother fuckers. You fuckin with my family." Inmate Payton,X and an unknown inmate from the upper tier continued yelling and also directed their threats at Sgt. Parker who was standing in the D-Pod Dayroom. I overheard Inmate Payton,X and the other unknown inmate say,"That fat fuckin bitch ain't fuckin doing nothin."

Nurse's Brian Schultz and Ion Abrams then arrived in Cell-7 and treated Inmate Payton,T for the O.C. exposure and bruising around his face. He was then moved to Dayroom 3 Cell-23 to separate him from his brother who continued to yell threats about getting us on the street. In Cell D023, Inmate Payton,T was strip searched with no further incident.

ERT's Alvarado, Zolecki and Demasi were all checked for injuries by Nurses Schultz, Dyrcz and Abrams. Pictures were taken of all three deputies injuries. Per direction from the nurses, Sgt. Grozik and Lt. Marotta, all three went to Silver Cross Hospital to get checked out.

Inmate Payton,Tobias was charged with 3 counts of Aggravated Battery to a Correctional Officer, 3 counts of Resisting and one count of Aggravated Assault.
Inmate Payton,Xavier was charged with 6 counts of Aggravated Assault.

End of Report.

| | | |
|---|---|---|
| OFFICERS SIGNATURE | I.D.# 1256 | DATE 12-6-07 |
| APPROVED BY | I.D.# 1391 | DATE 12-7-07 |

FORM # 81

**RECEIVED**

DEC - 9 2007

WILL COUNTY ADULT DETENTION FACILITY
NOTIFICATION OF RULE VIOLATION CONTINUATION
AND/OR FOLLOW UP REPORT

| DF-07-340-005 | SUPPLEMENTAL | 1 | PAYTON, TOBIAS | 12/07/2007 |
|---|---|---|---|---|
| REPORT # | TYPE OF REPORT | PAGE # | NAME: | DATE: |

ON THE DATE OF 12/06/07 AND TIME OF 2015 I ERT ALVARADO 1836 WAS MOVING INMATE PAYTON, TOBIAS G #07-2477 TO HIS CELL IN D-POD. INMATE PAYTON, TOBIAS WAS INSTRUCTED TO KNEEL DOWN IN FRONT OF THE BUNK TO BE UNCUFFED. INMATE PAYTON COMPLIED WITH ERT ZOLECKI ORDERS. ERT ZOLECKI BEGAN TO REMOVE THE CUFFS FROM INMATE PAYTON. ERT ZOLECKI TOOK A STEP BACK FROM INMATE PAYTON TO SECURE HIS HANDCUFFS. INMATE PAYTON JUMPED TO HIS FEET IN A FAST MANNER AND SWUNG HIS RIGHT FIST STRIKING ME IN MY LEFT EYE. INMATE PAYTON THREW HIS LEFT ELBOW STRIKING ERT ZOLECKI IN THE FOREHEAD. INMATE PAYTON BEGAN YELLING "I AM GOING TO KILL YOU MOTHER FUCKERS". ERT ZOLECKI TACKLED INMATE PAYTON FORCING HIM ON THE BUNK. INMATE PAYTON CONTINUED TO THROW CLOSED FISTS AT ERT ZOLECKI AND MYSELF. INMATE PAYTON KNOCKED ERT ZOLECKI AND MY RADIO MICS OFF OF US. I WAS ABLE TO STRIKE INMATE PAYTON IN THE FACE WITH MY RIGHT HAND TO TRY AND STOP THE ATTACK. INMATE PAYTON CONTINUED TO FIGHT WITH US. ERT TOMALIEH CAME IN AND ATTEMPTED TO SECURE THE INMATES LEGS. ERT PERILLO TRIED TO SECURE HIS RIGHT ARM. I WAS ABLE TO UTILIZE MY TAZER(X00-194732) IN THE DRIVE STUN POSITION ON HIS BACK LEFT SIDE. INMATE PAYTON CONTINUED TO KICK HIS LEGS AND THRASH HIS BODY AROUND. INMATE PAYTON WAS ORDERED TO STOP RESISTING AND CUFF UP. INMATE PAYTON WOULD NOT STOP FIGHTING WITH ERT'S. ERT DEMASI ENTERED THE CELL AND SPRAYED INMATE PAYTON WITH A ONE SECOND BURST OF OC IN THE FACE. INMATE PAYTON THEN KICKED ERT DEMASI IN THE RIGHT LEG WITH HIS FOOT. INMATE PAYTON HAD ERT ZOLECKI AND MY RADIO MICS UNDER HIS BODY. INMATE PAYTONS ARMS WERE UNDER HIS BODY AND HE WOULD NOT RELEASE THEM TO US TO BE CUFFED. ERT'S GAVE MORE COMMANDS TO STOP RESISTING AND CUFF UP. INMATE PAYTON WOULD NOT COMPLY WITH OUR ORDERS. ERT BROOKS AND ZOLECKI BEGAN GIVING PAYTON KNEE STRIKES TO BOTH THIGHS. INMATE PAYTON FINALLY GAVE UP BOLTH ARMS TO BE CUFFED. THE INMATE WAS TREATED BY NURSE BRIAN SCHULTZ AND ION ABRAMS. ERT ZOLECKI, DEMASI AND MYSELF WERE LOOKED AT BY THE NURSING STAFF AND SENT TO SILVERCROSS TO BE CHECKED OUT. PICTURES WERE TAKEN OF ARE INJURIES.

| OFFICERS SIGNATURE | | I.D.# 1836 | DATE 12/7/07 |
|---|---|---|---|
| APPROVED BY | | I.D.# D1 | DATE 12/8/07 |

WHITE-CLASSIFICATION:    YELLOW-ADMINISTRATION:      PINK_INMATE:    FORM #XX 7/97

FORM # 81

**RECEIVED**

DEC - 9 2007

WILL COUNTY ADULT DETENTION FACILITY
NOTIFICATION OF RULE VIOLATION CONTINUATION
AND/OR FOLLOW UP REPORT

| DF-07-340-005 | SUPPLEMENTAL | 1 OF 1 | PAYTON, TOBIAS (07-2477) | 12-07-2007 |
|---|---|---|---|---|
| REPORT # | TYPE OF REPORT | PAGE # | NAME: | DATE: |

ON 12-06-2007, AT APPROX. 2000 HRS, CENTRAL CONTROL RADIOED FOR THE ERTS TO RESPOND TO A-POD FOR A FIGHT WITH MULTIPLE INMATES. ERTS TOMALIEH, PERILLO, BROOKS, ALVARADO, ZOLECKI, AND MYSELF (DE MASI) RESPONDED TO A-POD. I WAS ON THE SECOND FLOOR IN MEDICAL. WHEN I GOT TO A-POD THE REST OF THE ERTS HAD 3 OF THE 4 INMATES INVOLVED, (PAYTON, XAVIER 07-4489, BAILEY, CARL 07-5801, AND PAYTON, TOBIAS 07-2477), IN THE PRONE POSTION IN THE MIDDLE OF THE DAYROOM. THE FOURTH INMATE, (DOSS, KERWIN 06-3125), WAS LOCKED DOWN IN HIS CELL. ERTS TOMALIEH, BROOKS, AND MYSELF ESCORTED INMATES BAILEY, CARL (07-5801) AND DOSS, KERWIN (06-3125) TO D-POD DAYROOM 4. ERT TOMALIEH AND I ESCORTED INMATE DOSS INTO CELL D-39. DOSS WAS UNCUFFED AND STRIP SEARCHED. ERT TOMALIEH LEFT DAYROOM 4 TO ASSIST THE REST OF THE ERTS WITH THE OTHER TWO INMATES IN DAYROOM 1. INMATE BAILEY WAS ESCORTED INTO CELL D-37. BAILEY WAS UNCUFFED AND STRIP SEARCHED WITHOUT INCIDENT. BAILEY WAS TOLD TO GET DRESSED AND SIT ON THE BUNK UNTIL THE NURSING STAFF COULD COME TO D-POD TO TREAT HIS INJURIES FROM THE FIGHT IN A-POD. AS ERT BROOKS AND I STOOD OUTSIDE CELL D-37 I HEARD A LOT OF YELLING COMING FROM THE OTHER SIDE OF THE D-POD CONTROL ROOM. ERT BROOKS AND I RAN OUT OF DAYROOM 4 SECURING THE DAYROOM DOOR BEHIND US. AS WE ENTERED DAYROOM 1 I SAW ALL THE OTHER ERTS IN CELL D-7 YELLING FOR INMATE PAYTON, TOBIAS (07-2477) TO STOP RESISTING AND FIGHTING. ERT BROOKS ENTERED THE CELL AND ASSISTED IN SECURING THE INMATES UPPER BODY. AS I ENTERED THE CELL INMATE PAYTON WAS KICKING AND THRASHING. DUE TO HIS ASSAULTIVE BEHAVIOR I ATTEMPTED TO SECURE PAYTONS LEGS. AT THIS TIME, PAYTON KICKED ME IN MY RIGHT SHIN WITH HIS LEFT FOOT. THROUGHOUT THE STRUGGLE PAYTON WAS ORDERED MULTIPLE TIMES TO STOP FIGHTING AND RESISTING. AFTER MANY UNSUCCESSFUL ATTEMPTS TO SECURE PAYTONS ARMS AND LEGS I APPLIED A ONE SECOND BURST OF O.C. SPRAY INTO PAYTONS FACE. ONCE PAYTON WAS SPRAYED HE WRAPPED HIS ARMS AROUND HIS HEAD AND CONTINUED TO KICK HIS LEGS. PAYTON THEN KICKED ME IN MY RIGHT KNEE WITH HIS LEFT FOOT. PAYTON WAS ORDERED TO PUT HIS HANDS BEHIND HIS BACK AND CUFF UP. HE REFUSED TO COMPLY. ERTS BROOKS AND ZOLECKI APPLIED KNEE STRIKES TO HIS COMMON PERONEAL NERVES IN HIS LEFT AND RIGHT THIGHS. PAYTON THEN LOOSENED HIS ARMS ENOUGH TO WHERE HIS HANDS COULD BE PLACED BEHIND HIS BACK AND HANDCUFFED. AFTER THE INCIDENT PAYTON WAS SEEN BY NURSING STAFF FOR O.C. EXPOSURE. ERTS PERILLO, BROOKS, AND I ESCORTED PAYTON TO CELL D-23. PAYTON WAS STRIP SEARCHED WITHOUT FURTHER INCIDENT, AND ALL ERTS LEFT D-POD. DUE TO PAYTONS ASSAULTIVE BEHAVIOR I HAVE AN ABBRASION ON MY RIGHT SHIN. I ALSO DISCOVERED SWELLING TO MY LEFT EYE AREA, ALTHOUGH I AM UNAWARE OF HOW I RECEIVED THAT INJURY. PICTURES WERE TAKEN OF MY INJURIES WITH THE BOOKING CAMERA. ERTS ALVARADO, ZOLECKI, AND I WENT TO SILVER CROSS HOSPITAL. WE RECEIVED TREATMENT AND WERE RELEASED. END OF REPORT.

| OFFICERS SIGNATURE | J. DE MASI | I.D. # 1835 | DATE 12-06-2007 |
|---|---|---|---|
| APPROVED BY | | I.D. # 1308 | DATE 07 De 07 |

WHITE-CLASSIFICATION:     YELLOW-ADMINISTRATION:     PINK INMATE:     FORM #XX 7/97













