UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tobias G. Payton
        Plaintiff,

v.                Case No.: 1:08−cv−01021
                Honorable Blanche M. Manning

Michael Zolecki, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 7/1/2008. Defendants' motion to dismiss [29][26] are stricken. Defendants shall respond to plaintiff's amended complaint by 7/31/2008. Plaintiff's response to defendants' second motion to dismiss to be filed by 8/29/2008. Reply to be filed by 9/12/2008. Ruling by mail. Plaintiff is directed not to file any further amended complaints without leave of court. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.