UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tobias G. Payton

v.

Micheal Zolecki, et al.

FILED
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv1021
Case No: 1:08-cv-01021
Jul 11, 2008 Honorable Blanche M. Manning

## Motion of Notice

1. That plaintiff never Received a Second Motion to dismiss.
2. That plaintiff will be transfered to the custody of I.D.O.C this week or next week.
3. That plaintiff needs at lease three weeks to give Notice of His I.D.O.C Address.
4. That plaintiff will be house at Stateville Correctional Center P.O. Box 112, Joliet IL 60434.
5. That plaintiff will transfer from that address to a unknown I.D.O.C address.

_signature_ 7-9-88
Tobias Payton Date

## CERTIFICATION OF SERVICE

The undersigned, plaintiff, certifies under penalties as provided by law pursuant to 28 U.S.C. 1746 that plaintiff's motion in responce to defendant's motion to Notice was served upon the below addresee by placing same in the U.S. mail postage prepaid, at 95 S. Chicago St. Joliet Il, 60436 on or about 10am on the day of __9__ mouth of __7__ 2008.

Justin C. Doolittle
suite 1900
200 W. Adams St.
Chicago Il, 60606

*[signature]* 7-9-08
Tobias Payton   Date