IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, and RENEE PARKER, by and through their undersigned attorneys, and for their Answer and Affirmative Defenses to Plaintiff's Amended Complaint, state as follows:

    1.    That Warden Michael O'Leary, Sheriff Paul Kaupas, Chief Jerome Nudera, Chief John Mcdowell, Sgt. Renee Parker, and the Administration of Will County Jail has an whole should be held accountable for Will County officer's beating of Plaintiff because the physical abuse of these some officers responsible beating plaintiff has been an ongoing thing which inmate's families have complained or attempted a complain to administration as well as inmate grievances being filed, but no one of authority has suspended or disciplined any officer's being complained against.

**ANSWER:**    Defendants deny all allegations in paragraph 1.

    2.    In my case I filed no grievances which has never been responed to, and my family called daily for answer's asking to speak to the warden and everytime they were refused to speak with the warden or anyone of Authority.

**ANSWER:**    Defendants lack information sufficient to form a belief as to Plaintiff's or his family's actions. Defendants deny the remaining allegations in paragraph 2.

3. My family was also notified that they have video surveillance and they have never lost an case like this.

ANSWER: Defendants deny the allegations in paragraph 3.

4. No action has been taken against these officer's.

ANSWER: Defendants admit no disciplinary actions have been taken against them. Defendants deny the remaining allegations in paragraph 4.

5. Into this very day are still physically abusing inmate's and I believe unless this honorable court take action against those in authority at Will County Jail, Inmates will continue to suffer beating's and false charges at the hands of Will County correctional officer's because Administration, and those in authority will continue to ignore this physical abuse these correctional officer's are subjecting inmates to.

ANSWER: Defendants lack information sufficient to form a belief as to what Plaintiff does or does not believe. Defendants deny any physical abuse of inmates at the Will County Adult Detention Facility. Defendants further deny the remaining allegations in paragraph 5.

6. Those of Authority and Administration of Will County Jail are well aware of this abuse, and Refuse to take Action against their Fellow Peer's and officer's.

ANSWER: Defendants deny the allegations in paragraph 6.

7. Sgt. Renee Parker was directly involved with the vicious beating of Plaintiff not only did she watch but she did not prevent the beating of Plaintiff by officer's she had direct authority over.

ANSWER: Defendants deny the allegations in paragraph 7.

8. Sgt. Parker order D-Pod officer Rouba to get D-Pod portable camera once medical attention was caled at which time this vicious attack was over.

ANSWER: Defendants admit Sgt. Parker ordered a portable camera be retrieved. Defendants deny the remaining allegations in paragraph 8.

9. I was asked for a brief description of what happened so not all details were described in my first complaint.

2

<u>ANSWER:</u>　Paragraph 9 contains no allegations, therefore an answer is not necessary. If the Court deems that an answer is necessary, then Defendants deny the same.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE
Qualified Immunity

In further response to the Amended Complaint, and without waiving any of the responses set forth in the foregoing Answer, Zolecki, Alvarado, Brooks, DeMasi and Parker are immune from Plaintiff's claims because none of them engaged in conduct that violated Plaintiff's clearly established rights.

### SECOND AFFIRAMTIVE DEFENSE
Exercise of Authority

In further response to the Amended Complaint, and without waiving any of the responses set forth in the foregoing Answer, neither Zolecki, Alvarado, Brooks, DeMasi nor Parker are liable for any touching of Plaintiff done in the exercise of their lawful authority or in response to any provocative conduct by Plaintiff.

### THIRD AFFIRMATIVE DEFENSE
Failure to Mitigate

In further response to the Amended Complaint, and without waiving any of the responses set forth in the foregoing Answer, Plaintiff failed to mitigate damages and therefore Defendants are entitled to a reduction in any damages awarded in proportion to the percentage of Plaintiff's failure to mitigate.

WHEREFORE, Defendants MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, and RENEE PARKER deny that Plaintiff is entitled to any relief whatsoever and respectfully request that this Court enter judgment in their favor and against Plaintiff, and for such further and additional relief as this Court deems just.

        Respectfully submitted,

        MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI and RENEE PARKER

        By: _/s/ Justin Doolittle_____
        One of the attorneys for the Defendants

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois  60606
(312) 364-2500

261293_1.DOC

4

## CERTIFICATE OF SERVICE

The undersigned, non-attorney, certifies under penalties as provided by law pursuant to 28 U.S.C. §1746 that Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint was served upon the below addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on July 25, 2008.

Tobias G. Payton
#2477
Will County – WCF
95 South Chicago Street
Joliet, Illinois  60436

Tobias G. Payton
R-10454
Stateville - STV
P.O. Box 112
Joliet, IL 60434

/s/ Jo Ellen M. Saffer