IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## NOTICE OF FILING

| TO: | Tobias G. Payton<br>#2477<br>Will County – WCF<br>95 South Chicago Street<br>Joliet, Illinois 60436 | Tobias G. Payton<br>R-10454<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 |
|---|---|---|

    PLEASE TAKE NOTICE that on July 25, 2008, the undersigned filed Defendants' **Answer and Affirmative Defenses to Plaintiff's Amended Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman
Joan M. Kubalanza
Justin C. Doolittle
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

s/ Justin C. Doolittle
One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

    The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced pleading to be served upon the above addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on July 25, 2008.

s/ JoEllen Darfler