# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1021 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Tobias Payton (R-10454) v. Zolecki, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's "motion of notice" [46] is construed as a motion for extension of time to file a response to Defendants' second motion to dismiss. Plaintiff's motion for extension of time to respond to Defendants' second motion to dismiss [46] is denied.

■[ For further details see text below.]      Docketing to mail notices.

### STATEMENT

    Plaintiff, Tobias Payton, filed a "motion of notice" indicating that he has not received Defendants' second motion to dismiss and that he needs additional time to respond to that motion because his place of incarceration has changed (and will soon change again). However, pursuant to the Court's July 1, 2008, order, Defendants' response to Plaintiff's amended complaint (presumably a second motion to dismiss) is not due until July 31, 2008. Plaintiff's response to Defendants' response (second motion to dismiss) is to be filed by August 29, 2008, and Defendants' reply is to be filed by September 12, 2008. Accordingly, Plaintiff's motion for an extension of time to respond to Defendants' second motion to dismiss is premature, and is denied.