# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1021 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Payton (#2477) v. Zolecki, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is given leave to file his amended complaint [37], instanter. Plaintiff's motion for additional time to serve Defendants [38] is granted. Plaintiff is to mail a copy of the amended complaint to Defendants' counsel within seven days of this order. Defendants' motions to dismiss [26], [29] are denied without prejudice, as moot. Defendants' responsive pleadings to the amended complaint are to be filed within forty-five days of this order.

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

    Plaintiff, Tobias Payton, an inmate in the custody of the Will County Correctional Facility, brought a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Certain Defendants moved to dismiss Plaintiff's complaint and a briefing schedule was put into place on those motions to dismiss. In response to said motions, Plaintiff has filed an amended complaint. Plaintiff is given leave to file his amended complaint. In light of the filing of the amended complaint, Defendants' motions to dismiss are denied without prejudice, as moot. Defendant's responsive pleadings to the amended complaint are to be filed within forty-five days of this order.

    Plaintiff also filed a document entitled "Counsel," seeking additional time to serve the amended complaint on Defendants. The Court construes the document as a motion for additional time to serve Defendants, and that motion is granted. Plaintiff's document indicates that he needs several weeks to serve all six Defendants. Plaintiff is reminded that he only needs to serve Defendants' counsel. In this case, all remaining Defendants are represented by the same counsel, thus, Plaintiff need only serve one copy of the amended complaint (as well as any future filings) on Defendants' counsel, Martin W. McManaman, of Lowis & Gellen, 200 West Adams, Suite 1900, Chicago, Illinois, 60606.

    Plaintiff's document, "Counsel" also states that Plaintiff needs a court order, ordering the state criminal trial judge to release to Plaintiff copies of all records that could be used in the present civil case. Plaintiff's request is denied. Plaintiff may obtain copies of public documents, including those from his criminal trial, without a court order.