UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 12 2008
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tobias G. Payton

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Zolecki, et al.
Renee Parker
Micheal O'Leary
Paul Kaupas
Jerome Nubera
John McDowell

(Enter above the full name of ALL
defendants in this action.) Do not
use "et al."

Case No: Judge: Manning 08CV1021
(To be suplied by the Clerk of this Court)

CHECK ONE ONLY:          AMENDED

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S Code state, count, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVEN" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite, statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILLING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiffs(s):**

A. Name: Tobias Payton

B. List all aliases: None

C. Prisoner identification number: 2007-2477, SHF # 71135

D. Place of present confinement: Will County Jail

E. Address: 95 S. Chicago St. Joliet IL 60436

(If there is more than one plaintiff, the each plaintiff must list his or her name, aliases, I.D. number, place of comfinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Renee Parker

Title: Correctional officer

Place of Employment: Will County Jail

B. Defendant: Michael O'Leary

Title: Warden

Place of Employment: Will County Jail

C. Defendant: Paul Kaupus

Title: Sheriff

Place of Employment: Will County Jail

(If you have more than three defendant, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided is in **B** and **C**.)

D. Defendant: Jerome Nudera
   Title: Deputy cheif
   Place of Employment: Will County Jail

E. Defendant: John Mcdowell
   Title: Deputy cheif
   Place of Employment: Will County Jail

F. Defendant: _____
   Title: _____
   Place of Employment: _____

G. Defendant: _____
   Title: _____
   Place of Employment: _____

H. Defendant: _____
   Title: _____
   Place of Employment: _____

I. Defendant: _____
   Title: _____
   Place of Employment: _____

2

III. List all lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal courts in the United States:

   A. Name of case and docket number _____

   B. Approximate date of filing lawsuit : _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases _____

   D. List al defendants: _____

   E. Court in which the lawsuit was filed ( if federal court, name the district; if state court, name the county) _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: was the case dismissed?  was it appealed? is it still pending?): _____

   I. Approximate date of disposition: _____

3

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statute.** If you intend to allege a number of related claims, number and set forth each claim in separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That Warden Micheal O'Leary, Sheriff Paul Kaupas, Cheif Jerome Nudera, Cheif John McDowell, Sgt Renee Parker, and The administration of Will County has an whole, should be held accountable for Will County Correctional officers beating of Plaintiff because the physical abuse of these same officers responsible for beating Plaintiff has been an on going thing which inmates families have complained or Attempted to complain to administration has well as inmate grievances being filed, but no one of Authority has Suspended or disaplined any officers being complained against. In my case I filed an inmate grievance which has never been responed to, and my family called daily for two weeks asking to speak to the warden and every time they were refused to speak with the warden or anyone of Authority.

4

My family was also notified that they have video surveilance and they have never lost a case like this. No action has been taken against these officer's that into this very day are still physically abusing inmate's, and i believe unless this honorable court take action against those in Authority at Will County Jail, inmate's will continue to suffer beatings and false charge's at the hends of Will County officer's beeause administration, and those in Authority will continue to ignore this physical abuse their correctional officer's are subjecting inmate's to. Those of Authority and Administration of Will County Jail are well aware of this abuse, and refuse to take action against their fellow Peer's and officer's. Sgt. Renee Parker was directly involed with the vicious beating of Plaintiff not only did she watch but she did not prevent the beating of Plaintiff by officer's she had direct Authority over. Sgt Parker order D-Pod officer Rauba to get D-Pod portable camera once Medical attention was called at which time this vicious attack was over. I was asked for a brief description of what happened so not all details were desribed in my first complaint.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

grant 7 Million dollers for pain and sufferen, order will county Jail camera's to record 24 hour's a day and each day's tape to be saved for one year, that all officer's involved in this inncendent Job's are taken and their not allowed to work in that field of work ever again.

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __6__, 20__08__

_____
(Signature of plaintiff or plaintiffs)

Tobias Payton
(Print name)

07-2477
(I.D. Number)

95 S. Chicago St. Joliet IL 60436
(Address)

6

Revised 9/2007