IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHN

**FILED**

AUG 2 1 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CV 1021

TOBIAS G. PAYTON
V.
MICHAEL ZULEKI et al.

NO. 08CV1021
Judge Blanche M. Manning

## Plaintiff Request

1. Plaintiff ask this honorable court to subpoena and order the clerk of Will county to release and send plaintiff, and the District court's copies of the trial transcripts in case NO. 07CF2967 before the honorable Judge Bertani, on the following dates: June 24, 25, 26, and July 1, 2008.

2. That the clerk of Will County at 14 W. Jefferson st., Joliet IL, 60436, shall send plaintiff and the District courts copies of these trial transcripts free of coast.

3. Plaintiff cannot afford these trial transcripts and these transcripts are absolutely essential to plaintiff's civil action before this honorable court.

4. That plaintiff cannot get these documents without paying, and he cannot afford even one page of these documents.

5. That the clerk of Will county shall mail transcripts to plaintiff by addressing it to him Tobias Payton R10454, with his I.D.O.C number next to his name.

6. Plaintiff ask this honorable court to set and allow him a trial by bench, plaintiff no longer desires a trial by jury, and pray's this honorable court to allow him to proceed with a trial by bench.

7. Plaintiff ask this honorable court to set and allow him a trial by bench in Feb of 2009.

8. Plaintiff ask this honorable court if it cannot grant him a trial by Feb, that this honorable court please set and allow plaintiff the first possible trial date by bench.

9. Plaintiff has no money to mail documents to the District court and defendants counsel, plaintiff ask this honorable court to grant him at lease two months to respond to the request of this court and defendants counsel, when plaintiff has the money or opportunity to get envolopes he will sent requested documents to the rightful person's as soon as possible.

10. Plaintiff is sincerely complying with this honorable court's rules to the best of his abilities under his circumstance's.

11. Plaintiff ask this honorable court to grant him permission for leave to amend his complaint against the county of Will.

12. Plaintiff ask this honorable court to order defendant's and their counsel to send plaintiff copies of any documents they may use to defend against the civil action before this court.

13. Plaintiff ask this honorable court to send inmate trust fund a order of monthly filing fee's due to be payed by him to the District Court.

14. plaintiff has mailed both these proceedings to the defendant's lawyers, plaintiff has no more paper to do a Notice of filing for these proceedings, please accept my motion's.

_____ 8-18-08
Tobias Payton   Date

To whom it may concern:

      I have put in grievances for the correct date that took place on April 10, 2008. The grievance I was filling out was for E.R.T. Zolecki, on April 10 2008 upon being on a visit with my father, the institution was called on administration lockdown. Upon E.R.T. M. Zolecki coming in D-pod saw that I was on my visit with my father and he ran up to the visiting booths and stated "hang the phone up bitch," Itold my father that I had to go and E.R.T Zolecki took the phone from me and hurried me down the stairs back to day room 3. At the time I was assigned to cell 36 and Zolecki ordered me to get down on my knees and place my hands behind my head. E.R.T. Zolecki then stated "I will beat your ass you dumb ass nigger." And he grabbed me by the back of my neck and he slammed my head into the concrete slab. In the dayroom sgt.Zaraguza and sgt.Grozik were present in the unit, but were not in the room when Zolecki physically abused me. Medical personnel was notified because of the slam against the concrete slab in the room my forehead was busted open and afterward there was severe swelling from the physical abuse also being on my timeout I passed out and fell face first on the ground. According to inmate Dijon Peele cimis 07-5061 he will come forth and say when E.R.T Zolecki took me in my cell and said "I will beat the fuck out of you nigger," then they heard the toilet flush and about 5 minutes later the nurses came.

*Terrell Williams*  7-3-08
Terrell Williams  Date