IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 08 cv 1021<br>)<br>) Judge Blanche M. Manning<br>)<br>) Magistrate Judge<br>) Michael T. Mason<br>) |

## MOTION TO WITHDRAW

Justin C. Doolittle, an attorney, respectfully moves for leave to withdraw his appearance as counsel for Defendants in this matter, and in support of his motion states as follows:

1.    I am leaving the employment of Lowis & Gellen LLP, the firm representing Defendants in this matter.

2.    Martin W. McManaman and Joan M. Kubalanza of Lowis & Gellen LLP, will remain as counsel for the Defendants.

WHEREFORE, Justin C. Doolittle requests that the Court grant leave to withdraw his appearance as counsel for Defendants in this matter and for such further and additional relief this Court deems just.

Respectfully submitted,

By: *[signature]*
Justin C. Doolittle

Martin W. McManaman
Joan M. Kubalanza
LOWIS & GELLEN LLP
200 W. Adams St.
Suite 1900
Chicago, IL 60606
312-364-2500
266443.doc