IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL ZOLECKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL,<br>    Defendants. | No. 08 cv 1021<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge<br>Michael T. Mason |

## NOTICE OF MOTION

TO:   Tobias G. Payton
R-10454
Stateville - STV
P.O. Box 112
Joliet, IL 60434

PLEASE TAKE NOTICE that on Tuesday, September 9, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Blanche M. Manning, in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and present attorney Justin C. Doolittle's **Motion to Withdraw.**

Martin W. McManaman
Joan M. Kubalanza
LOWIS & GELLEN LLP
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

s/ Justin C. Doolittle
One of the attorneys for the Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motions to be served upon the above listed addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on August 28, 2008.

s/ JoEllen Darfler