IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS G. PAYTON,<br>    Plaintiffs,<br><br>v.<br><br>MICHAEL ZOLECKI, et al.,<br>    Defendants. | ) No. 08 cv 1021<br>)<br>) Judge Blanche M. Manning<br>)<br>) Magistrate Judge<br>) Michael T. Mason<br>) |

**DEFENDANT SHERIFF PAUL KAUPAS' REPLY IN SUPPORT OF HIS
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant PAUL KAUPAS, Sheriff of Will County, by his undersigned attorneys, submits this reply in support of his motion to dismiss Plaintiff's Amended Complaint and states as follows:

1. Plaintiff has not filed a response to Defendant Kaupas' Motion to Dismiss Plaintiff's Amended Complaint.

2. Because Plaintiff has not filed a response this Court should grant Defendant Kaupas' Motion to Dismiss Plaintiff's Amended Complaint.

WHEREFORE, for the reasons set forth above and in Defendant's motion, Defendant Paul J. Kaupas respectfully requests the Court dismiss Plaintiff's Amended Complaint against him with prejudice and for such further and additional relief as the Court deems just.

Respectfully submitted,
Sheriff Paul J. Kaupas

By: _____
One of his Attorneys

Martin W. McManaman
Joan M. Kubalanza
Lowis & Gellen LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500
266430_1.DOC