IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOBIAS G. PAYTON, | ) | No. 08 cv 1021 |
| Plaintiffs, | ) | |
| | ) | Judge Blanche M. Manning |
| v. | ) | |
| | ) | Magistrate Judge |
| MICHAEL ZOLEKI, GABRIEL ALVARADO, JARED BROOKS, JAMES DEMASI, PAUL J. KAUPAS, RENEE PARKER, MICHAEL F. O'LEARY, COUNTY OF WILL, | ) ) ) ) | Michael T. Mason |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Tobias G. Payton
       R-10454
       Stateville - STV
       P.O. Box 112
       Joliet, IL 60434

PLEASE TAKE NOTICE that on September 4, 2008, the undersigned filed Defendant Kaupas' **Reply in Support of his Motion to Dismiss Plaintiff's Amended Complaint** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois.

Martin W. McManaman
Joan M. Kubalanza
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

One of the attorneys for Defendants

### CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motion to be served upon the above addressee by placing same in the U.S. Mail, first class postage prepaid, at 200 W. Adams Street, Chicago, Illinois, on or before 5:00 p.m. on September 4, 2008.