# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1021 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Payton vs. Zolecki, et al. | | |

**DOCKET ENTRY TEXT**

Justin C. Doolittle's motion for leave to withdraw his appearance as counsel for defendants [59] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|